## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| CARMAX AUTO SUPERSTORES, INC., | § | |
| | § | |
| Plaintiff, | § | C.A. No. 4:09-cv-00160-MHS-ALM |
| v. | § | |
| | § | |
| DRIVETIME CAR SALES, INC., | § | |
| | § | |
| Defendant. | § | |

### JOINT MOTION FOR ENTRY OF
### STIPULATED INJUNCTION AND DISMISSAL

Plaintiff CarMax Auto Superstores, Inc. ("CarMax") and Defendant DriveTime Car Sales, Inc. ("DriveTime") respectfully move this Court for entry of the attached Stipulated Injunction and Dismissal and in support would show as follows:

1.  CarMax filed this action on April 7, 2009, alleging that DriveTime violated state and federal law by, among other things, paying CarMax sales employees to divert sales from CarMax to DriveTime and to misappropriate CarMax's confidential information by providing it to DriveTime. DriveTime denies the allegations.

2.  As a result of comprehensive settlement discussions, CarMax and DriveTime have agreed that this action should be finally resolved by a confidential Settlement Agreement and Mutual Release and by the attached Stipulation For Agreed Permanent Injunction and Joint Dismissal of Claims ("Stipulated Injunction and Dismissal").

3.  The parties agree that the terms of the Stipulated Injunction and Dismissal are fair, equitable, and just, and the rights of CarMax and DriveTime are adequately protected.

For the foregoing reasons CarMax and DriveTime respectfully request that the Court

enter the attached Stipulated Injunction and Dismissal.

                Respectfully submitted,

                <u>/s/ *Claudia Wilson Frost with permission by Robert M. Parker*</u>
Claudia Wilson Frost
State Bar No. 21671300
909 Fannin, Suite 2000
Houston, Texas 77010
(713) 276-7600
(713) 276-7673 (facsimile)
Claudia.Frost@pillsburylaw.com

**ATTORNEY FOR PLAINTIFF
CARMAX AUTO SUPERSTORES, INC.**

OF COUNSEL:

Jeremy J. Gaston
State Bar No. 24012685
Christopher J. Richart
State Bar No. 24033119
PILLSBURY WINTHROP SHAW PITTMAN LLP
909 Fannin, Suite 2000
Houston, Texas 77010
(713) 276-7600
(713) 276-7673 (facsimile)
Jeremy.Gaston@pillsburylaw.com
Chris.Richart@pillsburylaw.com

Roxane A. Polidora
California State Bar No. 135972
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000
(415) 983-1200 (facsimile)
Roxane.Polidora@pillsburylaw.com

Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
Andrew T. Gorham

State Bar No. 24012715
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (facsimile)
rmparker@pbatyler.com
rcbunt@pbatyler.com
charley@pbatyler.com
tgorham@pbatyler.com

**ATTORNEYS FOR PLAINTIFF,
CARMAX AUTO SUPERSTORES, INC.**

<u>*/s/ Gary C. Crapster with permission by Robert M. Parker*</u>
Gary C. Crapster
Steidley & Neal, P.L.L.C.
CityPlex Towers, Suite 5300
2448 E. 81st Street
Tulsa, OK 74137
(918) 664-4612
(918) 664-4133 – facsimile
gcc@steidley-neal.com

**ATTORNEY FOR DEFENDANT,
DRIVETIME CAR SALES, INC.**

OF COUNSEL:

Peter M. Stone
California State Bar No. 157994
Alexander M.R. Lyon
California State Bar No. 211274
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1117 S. California Avenue
Palo Alto, CA  94304
(650) 320-1800
-(650) 320-1900 (facsimile)
peterstone@paulhastings.com

**ATTORNEY FOR DEFENDANT,
DRIVETIME CAR SALES, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this May 19, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                                          s/ Robert M. Parker
                                                                           Robert M. Parker